**Motion Granted; Abatement Order filed March 22, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00493-CV
_____

### CARRIE MEIER, Appellant

### V.

### PROSPERITY BANK, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 109569-CV**

## ORDER

On March 14, 2022, the parties filed a joint motion to abate this appeal and remand it to the trial court to permit proceedings to effectuate a mediated settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(C). The motion is granted and the following order is entered.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 19, 2022. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.